IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KARLA HOOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:14-cv-1272 |
| v. | ) |
| | ) Hon. Gregory L. Frost |
| FIRSTCREDIT, INC., | ) |
| | ) Magistrate Judge Elizabeth P. Deavers |
| Defendant. | ) |
| _____ | ) |

Ronald S. Weiss (P48762)  
7035 Orchard Lake Road, Suite 600  
West Bloomfield, MI 48322  
RWeiss@ConsumerLawInfo.com  
(248) 737-8000  
(248) 737-8003 Fax  
*Lead Counsel for Plaintiff*  
*Co-Counsel with Thompson Consumer Law Group, PLLC*

**Correspondence address**  
Thompson Consumer Law Group, PLLC  
5235 E. Southern Ave. D106-618  
Mesa, AZ 85206

_____

**ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE**

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

Dated January 30, 2015.

/s/ Gregory L. Frost  
_____  
UNITED STATES DISTRICT JUDGE